UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION – IN ADMIRALTY

Case No. 4:12-cv-87

| | |
|---|---|
| TALMADGE HUDGINS, III, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE FISHING VESSEL TAMARA ALANE, *in rem*, and CLYDE A. POTTER, *in personam*, | ) |
| Defendants. | ) |

## DISMISSAL ORDER

This day came the parties and represented to the Court that all disputes between them in this action have been settled and resolved. It therefore appearing to the Court that this matter ought to be dismissed, it is hereby ORDERED that this matter is dismissed, with prejudice, each party to bear its own costs.

This brings this matter to a final resolution of all claims and closes the case.

Entered this __1__ day of __April__, 2013.

By: _____
United States District Judge

**WE ASK FOR THIS:**

*[signature]*

David N. Ventker (NC Bar No. 26028)
Marissa M. Henderson (Va. Bar No. 44156)
Ventker & Warman, PLLC
101 West Main Street, Suite 810
Norfolk, Virginia 23510
Telephone:    (757) 625-1192
Facsimile:    (757) 625-1475
mhenderson@ventkerlaw.com
dventker@ventkerlaw.com
*Counsel for Defendant*


**SEEN AND AGREED:**

*[signature]*

Stevenson L. Weeks, Esq.
Wheatly, Wheatly, Weeks & Lupton, P.A.
710 Cedar Street, P.O. Box 360
Beaufort, NC 28516
slw@wwnwpa.com
*Counsel for Plaintiff*